

Edward Y. Kroub – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: Edward@cml.legal | W: cml.legal

November 24, 2019

<u>**VIA ECF**</u>

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



Re: *Weiss v. Equifax Information Services, LLC*, <u>1:19-cv-06558-KPF</u>

Dear Judge Failla:

We represent plaintiff Cheskel Weiss ("Plaintiff") in the above-referenced matter and write to notify the Court that the Plaintiff has settled with defendant Equifax Information Services, LLC ("Defendant") in this matter on October 23, 2019 (Docket No. 29). Due to the fact that the settlement negotiations and papering of the settlement terms has taken some additional time, the parties respectfully request an additional thirty (30) days to file the stipulation of dismissal with the Court.

Thank you for your time and consideration of the above request.

Respectfully submitted,
*/s/ Edward Y. Kroub*
EDWARD Y. KROUB

cc: All Counsel of Record (via ECF)

```
Application GRANTED. The Court's conditional discontinuance of this
matter as to Defendant Equifax Information Services, LLC is hereby
extended until December 25, 2019. All the conditions provided in the
Court's Order of October 25, 2019 (Dkt. #30), remain in effect for this
extended period of conditional discontinuance.


Dated:    November 25, 2019          SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE